UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GUILLERMO NARANJO-HENAO,<br>also known as "Diego,"<br><br>Defendant. | CRIMINAL NO.: 18-CR-131 (RDM) |

**GOVERNMENT'S MOTIONS IN LIMINE**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, and undersigned counsel, hereby moves *in limine* for rulings that:

I. The Government may admit certain recordings of the defendant from 2018.

II. The Government may admit English-language transcripts of the recordings.

III. The Government may admit certain evidence of the defendant's conduct and statements from before January 2018 and after March 2018.

IV. The defense may not make any argument or suggestion that Ecuador's decision not to pursue charges against the defendant is exculpatory.

V. The defense may not make any argument or suggestion about the affirmative defense of entrapment without proffering an evidentiary basis for it.

VI. The defendant must disclose his Rule 16(b) discovery and trial exhibits, including those he intends to admit during cross-examination of Government witnesses.

The Government attaches a consolidated memorandum of law in support of these motions herewith.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U. S. Department of Justice

By:   __/s/ D. Hunter Smith__
Lernik Begian
D. Hunter Smith
Trial Attorneys
Narcotic and Dangerous Drug
Section Criminal Division
U.S. Department of Justice
145 N Street, NE
East Wing, Second Floor
Washington, D.C. 20530
202-540-0917

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for Defendant, this 11th day of August 2025.

                                              */s/ D. Hunter Smith*
                                              D. Hunter Smith
                                              Trial Attorney
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              U.S. Department of Justice