**EXHIBIT A**

# ADVERTENCIA DE DERECHOS

Lugar: QUITO, ECUADOR
Fecha: 5/21/19
Hora: 4:30 PM

**Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:**

- ☑ Usted tiene el derecho de permanecer en silencio.
- ☑ Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal.
- ☑ Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado.
- ☑ Usted tiene el derecho de tener un abogado presente durante el interrogatorio.
- ☑ De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará uno antes de hacerle cualquier pregunta.

¿Ha entendido sus derechos?

¿Esta dispuesto a contestar algunas preguntas?

## RENUNCIA DE DERECHOS

☐ He leido o  ☑ se me han leido los derechos arriba mencionados y entiendo cuales son mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado.

Firma: _[signature]_

Testigo: _[signature]_
Testigo: _[signature]_
Hora: 4:30 pm

FORM DEA-13 b(4-06)
Spanish Version