UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.: 18-CR-131 (RDM) |
| | ) |
| v. | ) |
| | ) |
| **JUAN GUILLERMO NARANJO-HENAO,** | ) |
| also known as "Diego," | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF EXPERT TESTIMONY PURSUANT TO
### FED. R. CRIM. P. 16(G)

The United States may offer expert testimony during its case in chief at trial pursuant to Federal Rules of Evidence 702, 703, and 705. Specifically, the United States may present expert testimony from the following individuals: (I) Judi O'Brien, who is a translator and language services coordinator for the Narcotic and Dangerous Drug Section of the Criminal Division in the Department of Justice; (II) Steve Paris, who is a Special Agent in the Los Angeles Field Division of the Drug Enforcement Administration (DEA); and (III) Grey Semira Ramirez Aspiazu, who is an Expert Forensic and Environmental Chemist at the National Police Criminalistics Department in Ecuador. The following is the notice required by Rule 16(G)(iii) of the Federal Rules of Criminal Procedure.[1]

---

[1] The Government reserves the right to supplement or amend its notice of intent to call expert witnesses in the above-captioned case and reserves the right to call rebuttal experts at trial.

1

## I. <u>JUDI O'BRIEN</u>

### A. *Testimony*

The Government may offer expert testimony by Ms. O'Brien, whose scientific, technical, and other specialized knowledge will help the jury understand the evidence and determine facts in issue. Specifically, Mr. O'Brien's testimony as a Spanish language linguist will help the jury understand evidence, the original of which is in Spanish. For example, Ms. O'Brien may testify that she listened to recorded audio and/or video materials in Spanish and transcribed the audio material, or portions of the material in Spanish, then translated the original Spanish into English. She may testify that she reviewed transcribed material to its audio source and to the corresponding translations into English prepared by others, for accuracy. Ms. O'Brien may testify that each English translation is a true and accurate representation of the recorded audio material in Spanish. Ms. O'Brien may also testify that she read documents in Spanish and translated the documents, or portions of the documents, to English. Finally, she may also testify that she reviewed translations prepared by other translators for accuracy.

### B. *Qualifications*

As further described in her curriculum vitae, which is attached as Attachment A and is incorporated here, Ms. O'Brien is a translator and the language services coordinator for the Narcotic and Dangerous Drug Section (NDDS) in the Criminal Division of the Department of Justice. She has the scientific, technical, and other specialized knowledge necessary to provide the testimony described above. She has been employed with the NDDS since 2010. Ms. O'Brien holds an undergraduate degree from St. Mary's College of Maryland with a minor in Spanish and Latin American Studies. She completed coursework towards a Master of Arts program from 1992 to 1995 at the Universidad de Costa Rica in San Jose, Costa Rica. Ms. O'Brien holds a Master of

Arts in Spanish and Latin American Studies from American University (2016). Ms. O'Brien has approximately twenty-seven years of experience as a Spanish language translator and interpreter. She is certified by the American Translator's Association for Spanish to English translation. Ms. O'Brien has been qualified as an expert linguist in Spanish and testified in that capacity on multiple occasions.

### C. Prior Testimony

Ms. O'Brien has previously provided expert testimony in federal court. During the previous four years, Ms. O'Brien has testified as an expert at trial in the following case:

*United States v. Viton Rodriguez et al.,* Case No. 19-CR-224-TJK (D.D.C).

### D. Signature and Approval

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

_____     Date: 08/25/25
Judi O'Brien

## II. STEVE PARIS

*A. Testimony*

The Government may offer expert testimony by Mr. Paris, whose scientific, technical, and other specialized knowledge can help the jury understand the evidence at trial and determine facts in issue.

Specifically, Mr. Paris's testimony as a drug trafficking expert can help the jury understand the methods of trafficking cocaine from South and Central America into Mexico for importation into the United States, origins and well-known suppliers of cocaine, and Mexican drug cartels' roles, operations, and trafficking routes, including important points of entry into the United States. For example, Mr. Paris may explain the methods cartels use to pack and transport cocaine from its points of origin to Tijuana, Mexico. He may also explain what drug cartels, including *Cartel de Jalisco Nueva Generacion*, do to avoid seizure of drug shipments by law enforcement, including using tunnels in Tijuana to import illicit drugs into the United States.

Next, Mr. Paris may explain that cocaine is a controlled substance under U.S. law, how it is manufactured, how it is often packaged, how it looks and smells, its properties and how it affects the human body when consumed. Mr. Paris may also discuss cocaine prices at places and times relevant to the conspiracy charged in this case.

Finally, Mr. Paris may examine exhibits that pertain to recorded communications and give his opinion regarding the meaning of those communications, which contain coded language.

*B. Qualifications*

Mr. Paris is a Special Agent in the Los Angeles Field Division of the Drug Enforcement Administration (DEA) who has the scientific, technical, and other specialized knowledge necessary to provide the testimony described above. He has been employed by the DEA for

approximately thirty-three years. Prior to his DEA employment, he served for approximately two and half years as a uniformed officer of the San Diego County Marshal's Department.

Mr. Paris began his DEA career in 1992 with the DEA's sixteen-week Basic Agent Training Academy in Quantico, Virginia. At the academy, Mr. Paris received training about many aspects of drug enforcement, including the following topics: tactical operations; firearms; search warrants; surveillance; undercover operations using undercover agents and confidential sources; the methods and techniques drug traffickers use to distribute and sell drugs, including how drugs are packaged and transported and how drug traffickers communicate using coded language; organized criminal groups; counter surveillance; drug identification; interviewing; financial investigation; report writing; processing drug and nondrug evidence; and the Controlled Substances Act.

After graduating from the academy, Mr. Paris was assigned to the DEA's San Diego Field Division, where he focused on the narcotics trafficking activities of criminal street gangs. In 1993, Mr. Paris was assigned to the Santa Ana office of the DEA's Los Angeles Field Division. In 2005, Mr. Paris moved to a general enforcement group in the Los Angeles Field Division. Then in 2012, Mr. Paris returned to the Santa Ana office.

Throughout his career, Mr. Paris has investigated criminal organizations that distribute controlled substances, including cocaine. He has used various investigative techniques, including surveillance, undercover agents, cooperating sources, interrogation, proffers, state and federal wiretaps, and financial analysis. Mr. Paris has planned and coordinated more than 3,500 tactical operations. He has been involved in over 2,400 narcotics investigations and the arrest of more than 3,200 individuals. Additionally, Mr. Paris has spoken with thousands of targets and confidential sources about all aspects of drug trafficking. He has reviewed hundreds of hours of wiretap

conversations and reviewed transcripts of non-English conversations where drug traffickers discuss various aspects of drug trafficking in their own words, including drug prices, code words, and methods of distribution. Mr. Paris also has communicated directly with drug traffickers in an undercover capacity when purchasing illegal narcotics and weapons. Finally, Mr. Paris has served in many collateral roles as a DEA Special Agent, including Evidence Custodian, Fugitive Coordinator, Training Officer, Firearms Instructor, Tactical Instructor, Defensive Tactics Instructor, Field Training Agent, and Clandestine Laboratory Coordinator.

     Mr. Paris has received over one thousand hours of additional formal training and certification in narcotics investigation. Mr. Paris received this training through DEA in-service training, state and local law enforcement agencies, and professional organizations such as the California Narcotics Officers' Association. Mr. Paris's formal training and certification has included a variety of topics, including the following: Mr. Paris is a certified clandestine laboratory investigator. In 1995, he attended a course in methamphetamine production methods and laboratory investigation. This fifty-hour course covered chemical familiarization, hazardous waste, toxicology, chemical hazards, evidence collection and processing, and methamphetamine production and distribution methods and trends. During this course and others, Mr. Paris manufactured methamphetamine, PCP, and crack cocaine under the supervision of DEA chemists. Additionally, Mr. Paris coordinated the Clandestine Laboratory Enforcement Program in Orange County, California, for multiple years.

     For approximately twenty years, Mr. Paris has been the case agent on the investigation of the kidnap, torture, and murder of DEA Special Agent Enrique "Kiki" Camarena in Guadalajara, Jalisco, Mexico. In addition to Agent Camarena and his pilot, six other Americans were kidnapped, tortured, and killed because they were believed to be DEA agents or informants. During this

investigation, Mr. Paris has interviewed hundreds of individuals, in both Mexico and the United States, including many who have been members of drug cartels in Mexico. Through this investigation and others—Mr. Paris has learned about the historical development of drug cartels in Mexico and the methods cartels have used to traffic drugs into the United States.

Most recently, Mr. Paris received the Assistant Attorney General's Award for Distinguished Service for his trial testimony in *United States v. Ruben Oseguera Gonzalez*, the case against the former second-in-command of the CJNG, which contributed to Oseguera Gonzalez's conviction.

### C. Prior Testimony

Mr. Paris has previously provided expert testimony in federal court. During the previous four years, Mr. Paris has testified as an expert at trial in the following cases:

- *United States v. Chiu et al*, Case No. 2:19-CR-393-JAK (C.D. Cal.).
- *United States v. Eggleston*, Case No. 2:20-CR-434-DSF (C.D. Cal.).
- *United States v. Zavala-Huerta*, Case No. 5:19-CR-91-JGB (C.D. Cal.).
- *United States v. Bordegaray*, Case No. 2:20-CR-65-ODW (C.D. Cal.).
- *United States v. Juarez*, Case No. 5:21-CR-139-JGB (C.D. Cal.).
- *United States v. Mensah*, Case No. 2:23-CR-636-FLA (C.D. Cal.)
- *United States v. Ruben Oseguera Gonzalez*, Case No. 1:16-CR-00229-BAH (D.D.C)

### D. Signature and Approval

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

_____    Date: 08/25/25
Steve Paris

### III. GREY SEMIRA RAMIREZ ASPIAZU

The Government may offer expert testimony by Ms. Ramirez, whose scientific, technical, and other specialized knowledge can help the jury understand the evidence at trial and determine facts in issue. Specifically, Dr. Ramirez may testify about a laboratory test she conducted, which confirmed that the seized substances in this case contained cocaine.

Dr. Ramirez is an Expert Forensic and Environmental Chemist. She has 27 years of experience in the field of forensic chemistry and is currently working at the National Police Forensics Department in Ecuador. Dr. Remirez earned degrees in the forensic and chemistry fields, including a Master's Degree in Criminalistics and Forensic Science from Espiritu Santo Private University, a Doctorate in Biochemistry and Pharmaceutical Sciences from the Machala Technical University, and a degree in Chemistry and Pharmaceutical Sciences from the University of Guayaquil School of Chemistry. Dr. Ramirez may also testify that she received specialized training, including in methods of identification and analysis of commonly abused drugs. Among others, Dr. Ramirez's duties as an Expert Forensic and Environmental Chemist include investigation, identification, and analysis of narcotic and psychotropic substances. Dr. Ramirez's qualifications are further summarized in her Curriculum Vitae, which as described below is attached to this Notice.

Dr. Ramirez is expected to testify that she received evidence related to case number 090101818035831, seized by Ecuadorian authorities in Guayaquil, Ecuador, on March 30, 2018, which she laboratory tested and concluded that the substances tested positive for cocaine and marijuana. She is expected to testify about the methods she used to conduct the said laboratory tests, among other relevant information.

The Government has disclosed Dr. Ramirez's signed laboratory report pursuant to Federal Rule of Criminal of Procedure 16(a)(1)(F) at Bates numbers 00000839 to 00000843, and reincorporated here as Attachment B. *See* Fed. R. Crim. P. 16(a)(1)(G)(v) (such disclosure satisfies obligation to provide signed statement of opinions).

Dr. Ramirez has not testified as an expert at a trial or deposition in the United Stated during the last four years, nor has she published any writings within the past ten years. Dr. Ramirez's Curriculum Vitae and list of cases in Ecuador she testified in as an expert in the previous four years are also attached to this Notice as Attachments C and D, respectively.

### IV.    CONCLUSION

Having provided the notice required by Federal Rule of Criminal Procedure 16(G)(iii), the United States intends to offer the expert testimony described above during its case in chief at trial pursuant to Federal Rules of Evidence 702, 703, and 705.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U. S. Department of Justice


By:  */s/ Lernik Begian*
Lernik Begian
D. Hunter Smith
Trial Attorneys
Narcotic and Dangerous Drug Section Criminal Division
U.S. Department of Justice
145 N Street, NE
East Wing, Second Floor
Washington, D.C. 20530
202-540-0917

9

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the defendant, this 25th day of August 2025.

*/s/Lernik Begian*
Lernik Begian
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice