

# FISCALÍA PROVINCIAL DEL GUAYAS

## ACTA DE POSESION DE PERITO

### INSTRUCCIÓN FISCAL No. NDD. 090101818035831 (IF. 029-2018)

En la ciudad de Guayaquil, a los doce días del mes de abril del año dos mil dieciocho, ante el Abg. Romulo Sevilla Jara MSc., Fiscal de lo Penal del Guayas, Fiscalía Especializada de Delincuencia Organizada, Transnacional e Internacional No. 10, del Guayas, e infrascrito secretario Abg. Francisco Paredes Amoroso, MSc.; comparece _____ _____, a fin de posesionarse como perito para realizar el **ANÁLISIS QUÍMICO** de la sustancia detallada en el Caso Policial No. UIADMQ5238328 (CASO No. 837-DNA-UAZ8-2018), con el objeto de tomar posesión del cargo de perito dentro de la INSTRUCCIÓN FISCAL No. NDD. 090101818035831 (IF. 029-2018), por el presunto delito de TRÁFICO ILICITO DE SUSTANCIAS CATALOGADAS SUJETAS A FISCALIZACIÓN, Al efecto juramentados que fueron en legal y debida forma, advertidos de las penas del delito de Perjurio o Falso testimonio y sus consecuencias, manifiesta: Que juran fiel y legalmente desempeñar el cargo de Perito para la diligencia que se le ordena, debiendo de remitir el respectivo informe. Considerando que la presente causa se trata de un delito flagrante por lo que se concede el plazo de cinco (5) días para que remitan la información solicitada. Con lo que termina la presente diligencia que firman para constancia los comparecientes, el señor Fiscal y secretario que certifica.

_____       _____
           PERITO                              PERITO

Abg. Romulo Sevilla Jara
**FISCAL DE LO PENAL DEL GUAYAS**
FISCALÍA ESPECIALIZADA EN DELINCUENCIA ORGANIZADA,
TRANSNACIONAL E INTERNACIONAL No. 10

Abg. Francisco Paredes Amoroso, MSc.
**SECRETARIO DE FISCALES**
FISCALÍA ESPECIALIZADA EN DELINCUENCIA ORGANIZADA,
TRANSNACIONAL E INTERNACIONAL No. 10

Certifico que las _____ copias que anteceden, son fieles copias y compulsas de las originales que reposan en este despacho.

Ab. Mercedes Sasintuña V.
SECRETARIA DE FISCALÍA




| | |
|---|---|
| | **POLICÍA NACIONAL DEL ECUADOR**<br>**COORDINACIÓN NACIONAL DE CRIMINALÍSTICA,**<br>**MEDICINA LEGAL Y CIENCIAS FORENSES.** |
| **CODIGO:**<br>LCCF-Z8 /QUI | **LABORATORIO DE CRIMINALISTICA Y CIENCIAS**<br>**FORENSES ZONA 8** |
| Edición No. 01 | FOLIO Nro.01 |

Oficio N° CNCMLCF-LCCF-Z8-QUI-2018-1495-OF.
Guayaquil, 20 de abril de 2018.
Informe Químico N° DCG61801375.



| REFERENCIA: | Pericia Química. |
|---|---|
| APREHENDIDOS: | NARANJO HENAO JUAN GUILLERMO<br>CASTONERA DE LEÓN CRISTHIAN SAID<br>ROSAS MARTÍN EDUARDO |

Señor.
Ab. Rómulo Sevilla Jara.
**AGENTE FISCAL.**
**FISCALÍA DE DELINCUENCIA ORGANIZADA, TRANSNACIONAL E INTERNACIONAL N° 10**
**DEL GUAYAS.**
En su despacho. -

De mis consideraciones:

Los suscritos, Ing. Gonzalo Almeida Murillo y Dra. Grey Ramírez Aspiazu de la Sección Química Forense, designados y legalmente posesionados en calidad de Peritos, debidamente acreditados por el Consejo de la Judicatura, presentamos el siguiente Informe Pericial Químico:

1. **ANTECEDENTES.**
   Referencia al Oficio N° FPG-FEDOTI10-3033-2018-000856-O; Guayaquil, 11 de abril de 2018, relacionado con la Instrucción Fiscal N° 090101818035831, Caso Policial N° 0837-DNA-JPAG-2013, por el presunto delito de TRÁFICO ILÍCITO DE SUSTANCIAS CATALOGADAS SUJETAS A FISCALIZACIÓN.

2. **OBJETO DE LA PERICIA.**
   Establecer el tipo de alcaloide contenido en las muestras.

3. **ELEMENTOS RECIBIDOS.**

   El 13 de abril de 2018 a las 10h40, se recibió lo siguiente por parte de la Unidad de Antinarcóticos:

   | Tipo de Muestra | Cantidad | Descripción |
   |---|---|---|
   | Sustancia en polvo de color blanco | 04 | Muestras N° 1, 2, 3 y 4. |
   | Material vegetal de color verde | 02 | Muestras N° 5 y 6. |

4. **FUNDAMENTOS.**

   **4.1. FUNDAMENTOS TÉCNICOS:**

   **PRUEBAS PRELIMINARES.**
   En los ensayos de color, los resultados positivos sólo son indicios presuntivos de la posible presencia de cocaína y/o marihuana. Cierto número de materiales, a menudo inocuos, pueden dar colores análogos con los reactivos del ensayo. Les tocaría a los analistas confirmar tales resultados mediante el empleo de otra u otras técnicas.

**CARACTERÍSTICAS MICROSCÓPICAS.**

Los abundantes tricomas presentes en la superficie de las sumidades floridas y con fruto en la cannabis sativa (marihuana), son los rasgos más característicos que se encuentran en un examen microscópico de los productos de la cannabis.

**CROMATOGRAFÍA EN CAPA DELGADA (CCD).**

El análisis cromatográfico establece, en síntesis, la separación por partición de los solutos en dos fases líquidas en equilibrio: una el solvente adsorbido en el soporte sólido (fase estacionaria), y la otra, la que pasa a través de ese soporte (fase móvil). Como cada sustancia tiene un coeficiente de partición (Rf) distinto, dichos solutos terminan por separarse. **Coeficiente de partición (Rf)** es el cociente entre la concentración del soluto en la fase móvil y la concentración del mismo en la fase estacionaria.

La técnica consiste en transferir al soporte (papel filtro de calidad especificada o capa de silica gel), pequeñas cantidades de la solución en estudio mediante un tubo capilar, que se asienta a 20 mm. De uno de sus extremos, y, una vez desecado, se introduce en la cuba que contiene la mezcla resolutiva, procurando que los depósitos (siembras) se encuentren por encima del nivel del líquido. El vehículo seleccionado asciende por capilaridad promoviendo la separación de los componentes de la muestra.

5. **OPERACIONES REALIZADAS:**

Una vez recibida la muestra se procede a realizar el pesaje y las respectivas pruebas preliminares y pruebas confirmativas de las sustancias descritas a continuación:

| CANTIDAD | Cuatro (04) muestras de sustancia en polvo de color blanco | | |
|---|---|---|---|
| MUESTRA | PESO BRUTO | PESO ENVOLTURA | PESO NETO |
| N° 1 | 0,64 g | 0,34 g | 0,30 g |
| N° 2 | 0,47 g | 0,34 g | 0,13 g |
| N° 3 | 0,54 g | 0,34 g | 0,20 g |
| N° 4 | 0,66 g | 0,34 g | 0,32 g |

| CANTIDAD | Dos (02) muestras de material vegetal de color verde | | |
|---|---|---|---|
| MUESTRA | PESO BRUTO | PESO ENVOLTURA | PESO NETO |
| N° 5 | 0,97 g | 0,34 g | 0,63 g |
| N° 6 | 0,69 g | 0,34 g | 0,35 g |

5.1. **PRUEBAS PRELIMINARES:**

5.1.1 **MUESTRAS N° 1, 2, 3, 4:**

| PRUEBAS DE SOLUBILIDAD | RESULTADO |
|---|---|
| Agua | Soluble |
| Etanol | Soluble |
| Metanol | Soluble |

| ENSAYOS DE PRECIPITACIÓN | RESULTADO |
|---|---|
| Ensayo de Wagner | Positivo |

| ENSAYOS DE COLOR | RESULTADO |
|---|---|
| Ensayo de Scott | Positivo |
| Ensayo de Marquis | Negativo |

| DETERMINACIÓN DE ANIONES | RESULTADO |
|---|---|
| Ensayo para Cloruros | Positivo |
| Ensayo para Sulfatos | Negativo |

Certifico que las _____ copias que anteceden, son fieles copias y compulsas de las originales que reposan en este despacho.

Ab. Mercedes Sasintuña V.
SECRETARIA DE FISCALÍA

### 5.1.2 CROMATOGRAFÍA EN CAPA DELGADA (CCD).

| TIPO DE SUSTANCIA | RESULTADO |
|---|---|
| Cocaína | Positivo |

| RESULTADO FINAL | Clorhidrato de Cocaína |
|---|---|

### 5.1.3 MUESTRAS N° 5, 6:

| ENSAYOS | RESULTADO |
|---|---|
| Ensayo de Duquenois | Positivo |
| Ensayo al microscopio | Positivo |

### 5.1.4 CROMATOGRAFÍA EN CAPA DELGADA (CCD).

| TIPO DE SUSTANCIA | RESULTADO |
|---|---|
| THC | Positivo |

| RESULTADO FINAL | Marihuana |
|---|---|

## 6  OBSERVACIONES:

6.1 Se procede a referir la información del Acta de verificación, pesaje y toma de muestras realizado por la Unidad de Antinarcóticos en los cuadros demostrativos N° 1, 2 y 3.

**EVIDENCIA ENCONTRADA EN EL INTERIOR DEL DEPARTAMENTO DONDE SE ENCONTRABAN LOS CIUDADANOS: NARANJO HENAO JUAN GUILLERMO, CASTONERA DE LEÓN CRISTHIAN SAID, ROSAS MARTIN EDUARDO**

**DETALLE DE LA COCAÍNA**

| DESCRIPCIÓN | PESO BRUTO | PESO NETO | PESO DE ENVOLTURA |
|---|---|---|---|
| 50 paquetes tipo ladrillo cubiertos con cinta de embalaje color negro | 57.584 g | 48.834 g | 8.750 g |
| 10 paquetes tipo ladrillo cubiertos con cinta de embalaje color negro | 11.516 g | 9.766 g | 1.750 g |
| TOTAL | 69.100 g | 58.600 g | 10.500 g |

(Cuadro Demostrativo N° 1).

**EVIDENCIA ENCONTRADA EN EL INTERIOR DEL DEPARTAMENTO DONDE SE ENCONTRABAN LOS CIUDADANOS: NARANJO HENAO JUAN GUILLERMO, CASTONERA DE LEÓN CRISTHIAN SAID, ROSAS MARTIN EDUARDO**

**DETALLE DE LA MARIHUANA**

| DESCRIPCIÓN | PESO BRUTO | PESO NETO | PESO DE ENVOLTURA |
|---|---|---|---|
| 11 paquetes tipo bloque | 12.950 g | 11.993 g | 957 g |

(Cuadro Demostrativo N° 2).

**EVIDENCIA ENCONTRADA EN EL INTERIOR DE LA COCINA DEL DEPARTAMENTO DONDE SE ENCONTRABAN LOS CIUDADANOS: NARANJO HENAO JUAN GUILLERMO, CASTONERA DE LEÓN CRISTHIAN SAID, ROSAS MARTIN EDUARDO**

CNCMLCF-LCCF-Z8-QUI-2018-1375-PER
FOLIO N° 04 de 04

## DETALLE DE LA MARIHUANA

| DESCRIPCIÓN | PESO BRUTO | PESO NETO | PESO DE ENVOLTURA |
|---|---|---|---|
| 01 funda plástica | 654 g | 651 g | 3 g |

(Cuadro Demostrativo N° 3).

7  CONCLUSIÓN:

   7.1 "LAS MUESTRAS N° 1, 2, 3, 4 ANALIZADAS, CONTIENEN CLORHIDRATO DE COCAÍNA".
   7.2 "LAS MUESTRAS N° 5, 6 ANALIZADAS, CONTIENEN MARIHUANA (CANNABIS SATIVA)".

El presente Informe Pericial de Química Forense, consta de (.04.) folios.

Es todo cuanto podemos informar en honor a nuestro leal saber y entender. Es nuestra opinión técnica, Conste.

Atentamente,
DIOS, PATRIA Y LIBERTAD.

Ing. Gonzalo Almeida Murillo
Sgop. de Policía
INGENIERO QUÍMICO
N° Acreditación C. J.: 1034119

Dra. Grey Ramirez Aspiazu
Sgop. de Policía
BIOQUÍMICA FARMACÉUTICA
N° Acreditación C.J.: 1033370

Cptn. Walter Castillo
CRIMINALISTICA

2 1 ABR 2018

Certifico que las _____ copias que anteceden, son fieles copias y compulsas de las originales que reposan en este despacho.

Ab. Mercedes Sasintuña V.
SECRETARIA DE FISCALÍA

**FGE**
Office of the Attorney General
Ecuador

[STAMP: FGE Office of the Attorney General Ecuador]

# GUAYAS PROVINCIAL PROSECUTOR'S OFFICE

[Handwritten in margin]
–96–
ninety-six

RECORD OF APPOINTMENT OF AN EXPERT

CRIMINAL INVESTIGATION NO. NDD. 090101818035831 (IF. 029-201

In the city of Guayaquil, on the twelfth day of the month of April in the year two thousand eighteen, before Attorney Romulo Sevilla Jara MSc., Criminal Prosecutor for Guayas, Office of the Specialized Unit Against Transnational and International Organized Crime No. 10, of Guayas, and the undersigned law clerk Attorney Francisco Paredes Amoroso, MSc., _____[space left blank]_____
_____, appears for the purpose of appointment as expert to carry out CHEMICAL ANALYSIS of the substance listed in Police Case No. UIADMQ5238328 (CASE No. 837-DNA-UAZ8-2018), in order to assume the role of expert in CRIMINAL CASE No. NDD. 090101818035831 (IF. 029-2018), for the alleged crime of ILLEGAL TRAFFIC OF CONTROLLED SUBSTANCES. Having been duly and legally sworn for such purpose, notified of the penalties for the crime of Perjury or False Testimony and its consequences, state: That they swear to legally and faithfully fulfill the role of Expert for the requested proceeding, [for which they] must submit the respective report. **Because this is a case of flagrante delicto, the requested information must be submitted within five (5) days.** These proceedings are hereby concluded and signed for the record by the parties appearing, the prosecutor and the certifying clerk.

[Signature]
_____
**EXPERT**

[Signature]
_____
**EXPERT**

[Signature]
Atty. Romulo Sevilla Jara
CRIMINAL PROSECUTOR FOR GUAYAS
OFFICE OF THE SPECIALIZED PROSECUTOR FOR ORGANIZED,
TRANSNATIONAL, AND INTERNATIONAL CRIME, NO. 10

[Signature]
Atty. Francisco Paredes Amoroso, MSc.
LAW CLERK
OFFICE OF THE SPECIALIZED PROSECUTOR FOR ORGANIZED,
TRANSNATIONAL, AND INTERNATIONAL CRIME, NO. 10

[STAMP] I certify that the [Handwritten, illegible] foregoing copies are true and certified copies of the originals on file in this office.

[Signature]
Atty. Mercedes Sasintuña V.
LAW CLERK

| [Coat of arms] | **NATIONAL POLICE OF ECUADOR**<br>**NATIONAL ORGANIZATION OF CRIMINALISTICS,**<br>**LEGAL MEDICINE, AND FORENSIC SCIENCES** | [Illegible graphic] |
|---|---|---|
| **CODE:**<br>**LCCF-Z8 / QUI** | **CRIMINALISTICS AND FORENSIC SCIENCE**<br>**LABORATORY ZONE 8** | |
| **Edition No. 01** | | **PAGE NO. 01** |

Document No. CNCMLCF-LCCF-Z8-QUI-2018-1495-OF.
Guayaquil, Abril 20, 2018.
Chemist Report No. DCG61801375.

[Handwritten in margin]
(97)
ninety-seven

| | REFERENCE: | Chemical expert analysis |
|---|---|---|
| | DETAINEES: | NARANJO HENAO JUAN GUILLERMO |
| | | CASTONERA DE LEON CRISTHIAN SAID |
| | | ROSAS MARTIN EDUARDO |

[STAMP]
**FGE**
Office of the
Attorney General
Ecuador

Mr.
Atty. Romulo Sevilla Jara
PROSECUTOR
OFFICE OF THE SPECIALIZED UNIT AGAINST TRANSNATIONAL AND INTERNATIONAL ORGANIZED CRIME NO. 10, OF GUAYAS
In his office-

Respectfully:

We, the undersigned, Engineer Gonzalo Almeida Murilla and Dr. Grey Ramirez Aspiazu, of the Forensic Chemistry Section, appointed and legally assigned as Experts, duly authorized by the Judiciary Council, hereby present the following Expert Chemical Analysis Report:

1. **BACKGROUND:**
   In reference to Document No. FPG-FEDOTI10-3033-2018-00856-O; Guayaquil, April 11, 2018, related to Criminal Case No. 090101818035831, Police Case No. 0837-DNA-JPAG-2013, for the alleged crime of ILLEGAL TRAFFICKING OF CONTROLLED SUBSTANCES.

2. **PURPOSE OF THE EXPERT ANALYSIS:**
   Establish the type of alkaloid contained in the samples.

3. **EVIDENCE RECEIVED:**
   On April 13, 2018, at 10:40 [a.m.] the following was received by the Counternarcotics Unit:

   | Type of Sample | Quantity | Description |
   |---|---|---|
   | White powdered substance | 04 | Samples Nos. 1, 2, 3, and 4. |
   | Green plant matter | 02 | Samples Nos. 5 and 6. |

4. **GROUNDS**

   **4.1 TECHNICAL FOUNDATIONS:**

   **PRELIMINARY TESTS:**
   On color tests, positive results are only presumptive indicators of the possible presence of cocaine and/or marijuana. Some materials, often innocuous, may produce a color change with the test reagent. Analysts would have to confirm the results using other technique(s).

**MICROSCOPIC CHARACTERISTICS:**
The abundant trichomes present on the surface of the flowering or fruiting tops of cannabis sativa (marijuana) are the most characteristic traits found in a microscopic examination of cannabis products.

**THIN-LAYER CHROMATOGRAPHY (TLC):**
Chromatographic analysis establishes, in summary, the separation of solutes by partitioning in two liquid phases in equilibrium: in one, the solvent is absorbed in the solid adsorbent (stationary phase), and the other, what passes through that adsorbent (mobile phase). Because each compound has a different retention factor (Rf), the solutes separate. Retention factor (Rf) is the quotient between the concentration of the solute in the mobile phase and the concentration of the same in the stationary phase.
The technique consists of transferring to the adsorbent (specified quality filter paper or layer of silica gel), small quantities of the solution being analyzed using a capillary tube, which settles at 20mm. From one of the ends, and, once dried, it is introduced into the chamber containing solution mixture, causing the deposits (spots) to be above the level of the liquid. The selected vehicle rises via capillary action, encouraging separation of the sample components.

5. **OPERATIONS CARRIED OUT:**

Upon receipt of the sample, the sample is weighed, and the respective preliminary tests and confirmatory tests are performed on the substances described below:

| AMOUNT SAMPLE | Four (04) samples of white powdered substance | | |
|---|---|---|---|
| | GROSS WEIGHT | PACKAGING WEIGHT | NET WEIGHT |
| No. 1 | 0.64 g | 0.34 g | 0.30 g |
| No. 2 | 0.47 g | 0.34 g | 0.13 g |
| No. 3 | 0.54 g | 0.34 g | 0.20 g |
| No. 4 | 0.66 g | 0.34 g | 0.32 g |

| AMOUNT SAMPLE | Two (02) samples of green plant matter | | |
|---|---|---|---|
| | GROSS WEIGHT | PACKAGING WEIGHT | NET WEIGHT |
| No. 5 | 0.97g | 0.34 g | 0.63 g |
| No. 6 | 0.69 g | 0.34 g | 0.35 g |

**5.1. PRELIMINARY TESTS:**

**5.1.1 SAMPLES NO. 1, 2, 3, 4:**

| SOLUBILITY TESTS | RESULT |
|---|---|
| Water | Soluble |
| Ethanol | Soluble |
| Methanol | Soluble |

| PRECIPITATE TEST | RESULT |
|---|---|
| Wagner Test | Positive |

| COLOR TESTS | RESULT |
|---|---|
| Scott Test | Positive |
| Marquis Test | Negative |

| ANION DETECTION | RESULT |
|---|---|
| Chloride test | Positive |
| Sulfate test | Negative |

[STAMP] I certify that the [Handwritten, illegible] foregoing copies are true and certified copies of the originals on file in this office.

[Signature]

Atty. Mercedes Sasintuña V.
LAW CLERK

### 5.1.2 THIN-LAYER CHROMATOGRAPHY (TLC):

| TYPE OF SUBSTANCE | RESULT |
|---|---|
| Cocaine | Positive |

| FINAL RESULT | |
|---|---|
| | Cocaine hydrochloride |

[Handwritten in margin] (98) ninety-eight [illegible mark]

### 5.1.3 SAMPLES No. 5, 6:

| TESTS | RESULT |
|---|---|
| Duquenois Test | Positive |
| Microscopic Analysis | Positive |

[Handwritten in margin] -96- ninety-eight

### 5.1.4 THIN-LAYER CHROMATOGRAPHY (TLC):

| TYPE OF SUBSTANCE | RESULT |
|---|---|
| TCH | Positive |

| FINAL RESULT | |
|---|---|
| | Marijuana |

[STAMP]
**FGE**
Office of the
Attorney General
Ecuador
[Initialed]

## 6. OBSERVATIONS:

6.1 The information from the Record of verification, weighing, and sampling performed by the Counternarcotics Unit is now relayed in Tables 1, 2, and 3.

**EVIDENCE FOUND INSIDE THE APARTMENT WHERE THE FOLLOWING CITIZENS WERE FOUND: NARANJO HENAO JUAN GUILLERMO, CASTONERA DE LEON CRISTHIAN SAID, ROSAS MARTIN EDUARDO**

**DETAILS OF THE COCAINE**

| DESCRIPTION | GROSS WEIGHT | NET WEIGHT | PACKAGING WEIGHT |
|---|---|---|---|
| 50 brick type packages covered with black packing tape | 57,584 g | 48,834 g | 8,750 g |
| 10 brick type packages covered with black packing tape | 11,516 g | 9,766 g | 1,750 g |
| TOTAL | 69,100 g | 58,600 g | 10,500 g |

(Table No. 1)

**EVIDENCE FOUND INSIDE THE APARTMENT WHERE THE FOLLOWING CITIZENS WERE FOUND: NARANJO HENAO JUAN GUILLERMO, CASTONERA DE LEON CRISTHIAN SAID, ROSAS MARTIN EDUARDO**

**DETAILS OF THE MARIJUANA**

| DESCRIPTION | GROSS WEIGHT | NET WEIGHT | PACKAGING WEIGHT |
|---|---|---|---|
| 11 block type packages | 12,950 g | 11,993 g | 957 g |

(Table No. 2)

**EVIDENCE FOUND INSIDE THE KITCHEN OF THE APARTMENT WHERE THE FOLLOWING CITIZENS WERE FOUND: NARANJO HENAO JUAN GUILLERMO, CASTONERA DE LEON CRISTHIAN SAID, ROSAS MARTIN EDUARDO**

**DETAILS OF THE MARIJUANA**

| DESCRIPTION | GROSS WEIGHT | NET WEIGHT | PACKAGING WEIGHT |
|---|---|---|---|
| 01 plastic sleeve | 654 g | 651 g | 3 g |

**(Table No. 3)**

7. **CONCLUSION:**

   7.1 "ANALYZED SAMPLES NO. 1, 2, 3, 4 CONTAIN COCAINE HYDROCHLORIDE."
   7.2 "ANALYZED SAMPLES NO. 5, 6 CONTAIN MARIJUANA (CANNABIS SATIVA)."

This Expert Forensic Chemist Report comprises ([Handwritten] 04) pages.

This is all we can report to the best of our knowledge and understanding. It is our technical opinion, recorded.

Sincerely,

GOD, COUNTRY, AND FREEDOM.

[*Signature*]
Engineer Gonzalo Almeida Murillo
Police 1st Sgt
CHEMICAL ENGINEER
C.J. Accreditation No.: 1034119

[*Signature*]
Dr. Grey Ramirez Aspiazu
Police 1st Sgt
PHARMACEUTICAL BIOCHEMIST
C.J. Accreditation No.: 1033370

[*Initials*]
[Stamp] Cpt. Walter Castillo
Forensic sciences
21 APR 2018

[STAMP] I certify that the [Handwritten, illegible] foregoing copies are true and certified copies of the originals on file in this office.

[*Signature*]

Atty. Mercedes Sasintuña V.
LAW CLERK

JUDI R. O'BRIEN - CERTIFIED TRANSLATOR

SPANISH TO ENGLISH

Tel: ▮▮▮▮▮   email: ▮▮▮▮▮

## TRANSLATOR'S STATEMENT

I, Judi R. O'Brien, Certified Translator Spanish into English, member in good standing of the American Translators Association, Member No: ▮▮▮▮ hereby declare that I did translate into English the attached Spanish documents and that, to the best of my knowledge, the translation accurately reflects the contents and meaning of the Spanish original.

Original document(s):

1- Lab test report
2- Hoja vida Dra Grey Ramirez_Redacted

Translated document(s):

1- Lab test report English
2- Dr Grey Ramirez CV English

This translation package comprises nine (9) pages, including this certification statement.

August 25, 2025

Judi R. O'Brien

Certified Translator SP-EN (ATA)



Verify at www.atanet.org/verify