# CURRICULUM VITAE

## DATOS PERSONALES



**NOMBRES:** GREY SEMIRA
**APELLIDOS:** RAMÍREZ ASPIAZU
**LUGAR DE NACIMIENTO:** ███████
**FECHA DE NACIMIENTO:** ███████
**CÉDULA DE IDENTIDAD:** ███████
**ESTADO CIVIL:** ███████
**MÓVIL:** ███████
**DOMICILIO:** ███████
**E-MAIL:** ███████

## ESTUDIOS REALIZADOS

**TÍTULOS OBTENIDOS:**

MAGISTER EN CRIMINALISTICA Y CIENCIAS FORENSES
UNIVERSIDAD PARTICULAR DE ESPECIALIDADES ESPIRITU SANTO

DOCTORA EN BIOQUÍMICA Y FARMACIA
UNIVERSIDAD TECNICA DE MACHALA

ABOGADA DE LOS TRIBUNALES Y JUZGADOS DE LA REPUBLICA DEL ECUADOR
FACULTAD DE JURISPRUDENCIA DE CIENCIAS SOCIALES Y POLÍTICAS DE LA UNIVERSIDAD DE GUAYAQUIL

LICENCIADA EN CIENCIAS SOCIALES Y POLITICAS
FACULTAD DE JURISPRUDENCIA DE CIENCIAS SOCIALES Y POLÍTICAS DE LA UNIVERSIDAD DE GUAYAQUIL

QUIMICA Y FARMACEUTICA
FACULTAD DE CIENCIAS QUÍMICAS DE LA UNIVERSIDAD DE GUAYAQUIL

**SECUNDARIA:** COLEGIO PARTICULAR "MATILDE AMADOR SANTIESTEVAN"
BACHILLER FÍSICO – MATEMÁTICO;  QUÍMICO BIÓLOGO

**CURSO DE ESPECIALIZACIÓN**

- CURSO DE CAPACITACIÓN EN MÉTODOS DE IDENTIFICACIÓN Y ANÁLISIS DE DROGAS DE USO INDEBIDO, REALIZADO EN EL LABORATORIO DE TOXICOLOGÍA Y QUÍMICA LEGAL DEL PODER JUDICIAL Y CUERPO MÉDICO FORENSE, EN LA CIUDAD DE BUENOS AIRES - ARGENTINA.

- CURSO TEORIOCO Y PRACTICO SOBRE MANEJO DE CROMATOGARFO GASEOSO, CROMATOGRAFIA LIQUIDA (HPLC), INFRARROJO, ESPECTROSCOPIA ULTRAVIOLETA, PARA ANALISIS DE ESTUPEFACIENTE Y SUSTANCIAS PSICOTROPICAS REALIZADO EN EL LABORATORIO DE TOXICOLOGIA Y QUIMICA LEGAL DEL PODER JUDICIAL Y CUERPO MEDICO FORENSE EN LA CIUDAD DE BUENOS AIRES – ARGENTINA.

- ASPECTOS FUDAMENTALES DE CONTROL Y FISCALIZACION DE SUSTANCIAS SUJETAS A FISCALIZACION REALIZADO POR EL CONSEJO NACIONAL DE CONTROL DE SUSTANCIAS ESTUPEFACIENTES Y PSICOTRÓPICAS – CONSEP. LA DIRECCIÓN NACIONAL DE INVESTIGACIONES - INTERPOL. DRUG ENFORCEMENT ADMINISTRATION – DEA

- XV SIMPOSIUM INTERNACIONAL DE MEDICINA LEGAL, DROGAS Y CRIMINALISTICA, DICTADO POR PROFESORES DE ESPAÑA, EE.UU, CUBA, FRANCIA, MEXICO, ARGENTINA, PANAMA, COSTA RICA, COLOMBIA Y ECUADOR.

- CURSO BASICO DE BIOLOGIA MOLECULAR APLICADO A LA VIDA UNIVERSIDAD CATOLICA DE SANTIAGO DE GUAYAQUIL.

- SEMINARIO DE INCENDIOS Y EXPLOSIVOS EN EL GRUPO DE INTERVENCION Y RESCATE G.I.R.

- CENTRO DE DESARROLLO DE LA PRODUCCION Y MEJORAMIENTO CONTINUO CEDEP ESCUELA SUPERIOR POLITECNICA DEL LITORAL.
  MODULO DE LEGISLACION AMBIENTAL
  MODULO DE RECICLADO QUIMICO Y COMBUSTION CON RECUPERACION DE ENERGIA
  MODULO DE OBTENCION DE LICENCIA AMBIENTAL Y PLAN DE MANEJO AMBIENTAL.

- CURSO DE CAPACITACIÓN DE IDENTIFICACIÓN Y ANÁLISIS DE DROGAS DE USO INDEBIDO Y DROGAS DE DISEÑO, EN LA CIUDAD DE SAN SALVADOR. POR DRUG ENFORCEMENT ADMINISTRATION – DEA.

**RECONOCIMIENTO COMO CONFERENCISTA**

- PRIMER SEMINARIO TECNICO CIENTIFICO DE CRIMINALISTICA, REALIZADO POR EL COLEGIO DE PERIODISTA DEL GUAYAS.

- CURSO PRACTICO SOBRE MANEJO SEGURO DE SUSTANCIAS QUIMICAS, REALIZADO EN EL CONSEJO NACIONAL DE SUSTANCIAS ESTUPEFACIENTES Y PSICOTROPICAS, LA DIRECCION NACIONAL DE INVESTIGACIONES DE LA POLICI NACIONAL, EL PROGRAMA DE LAS NACIONES UNIDAS PARA LA FISCALIZACION INTERNACIONAL DE DROGAS.

- II SEMINARIO DE CRIMINALISTICA Y DROGA, REALIZADO EN LA CIUDAD DE GUAYAQUIL POR EL IV DISTRITO DE LA POLICIA NACIONAL DEL ECUADOR.

- IMPORTANCIA DEL ADN EN LA INVESTIGACION CRIMINAL.

- PRIMER CONGRESO INTERNACIONAL DE MEDICINA LEGAL Y CIENCIAS FORENSE REALIZADO EN LA CIUDAD DE ZAMORA.

- PRIMER CURSO DE AUXILIARES EN CRIMINALISTICAS DICTADO EN EL DEPARTEMENTO CRIMINALISTICO DEL GUAYAS.

- PARTICIPACION DE LA CASA ABIERTA DE LA EXPOFERIA DURAN.

- PRIMERAS JORNADAS DE CAPACITACION PARA OPERADORES DE JUSTICIA DEL AREA DE ADOLESCENTE INFRACTORES, REALIZADO EN EL MINISTERIO PUBLICO DEL GUAYAS PARA FISCALES, JUECES, SECRETARIOS, AMANUENSES, MIEMBRO DE JEPROPENA G, DIRECTEROS DE: HOGAR DE TRANSITO, INSTITUTOS PROFESIONALES DE MUJERES Y VARONES.

**ACTIVIDAD LABORAL**

**UNIDAD:** DEPARTAMENTO CRIMINALISTICO DE LA POLICIA NACIONAL

CARGO: AREA DE QUIMICA FORENSE
PERITO QUIMICO FORENSE Y AMBIENTAL CALIFICADO POR EL CONSEJO DE LA JUDICATURA DEL GUAYAS

MATERIAS: INVESTIGACION E IDENTIFICACION Y ANALISIS DE SUSTANCIAS ESTUPEFACIENTES Y PSICOTROPICAS
ELABORACION DE INFORMES DIRIGIDOS A LAS DIFERENTES AUTORIDADES DE LA PROVINCIA DEL GUAYAS Y GALAPAGOS
TIEMPO: 27 AÑOS DE EXPERIENCIA EN EL AREA DE QUIMICA FORENSE

**UNIVERSIDAD NACIONAL DE CHIMBORAZO UNACH**

DOCENTE TITULAR DE MAESTRIA EN CRIMINALÍSTICA Y CIENCAS FORENSES

*MODULO DE TOXICOLOGÍA*
TERCERA COHORTE:   7 AL 22 SEPTTIEMBRE 2024
CUARTA COHORTE:    1 AL 16 FEBRERO 2025

TUTOR DE TESIS DE MAESTRIA EN CRIMINALÍSTICA Y CIENCIAS FORENSE
OCTUBRE 2024 - ACTUAL

# CURRICULUM VITAE

## PERSONAL INFORMATION

| | |
|---|---|
| NAME: | GREY SEMIRA |
| SURNAMES: | RAMIREZ ASPIAZU |
| BIRTHPLACE: | ■■■■■ |
| BIRTHDATE: | ■■■■■ |
| NATIONAL IDENTIFICATION: | ■■■■■ |
| MARITAL STATUS: | ■■■■■ |
| CELLPHONE: | ■■■■■ |
| ADDRESS: | ■■■■■ |
| E-MAIL: | ■■■■■ |



## EDUCATION

**DEGREES EARNED:**

MASTER'S IN CRIMINALISTICS AND FORENSIC SCIENCE
UNIVERSIDAD PARTICULAR DE ESPECIALIDADES ESPIRITU SANTO [ESPIRITU SANTO PRIVATE UNIVERSITY]

DOCTORATE IN BIOCHEMISTRY AND PHARMACEUTICAL SCIENCES
UNIVERSIDAD TECNICA DE MACHALA [MACHALA TECHNICAL UNIVERSITY]

LAWYER OF THE COURTS AND TRIBUNALS OF THE REPUBLIC OF ECUADOR
UNIVERSITY OF GUAYAQUIL SCHOOL OF JURISPRUDENCE, SOCIAL AND POLITICAL SCIENCES

DEGREE IN SOCIAL AND POLITICAL SCIENCES
UNIVERSITY OF GUAYAQUIL SCHOOL OF JURISPRUDENCE, SOCIAL AND POLITICAL SCIENCES

CHEMISTRY AND PHARMACEUTICAL SCIENCES
UNIVERSITY OF GUAYAQUIL SCHOOL OF CHEMISTRY

**SECONDARY:** "MATILDE AMADOR SANTIESTEVAN" PRIVATE HIGH SCHOOL
DIPLOMA PHYSICS-MATHMATICS; CHEMISTRY BIOLOGY

## SPECIALIZATION COURSES

- TRAINING COURSE ON METHODS OF IDENTIFICATION AND ANALYSIS OF [COMMONLY] ABUSED DRUGS, HELD AT THE TOXICOLOGY AND FORENSIC CHEMISTRY LABORATORY OF THE JUDICIARY AND FORENSIC MEDICINE CORPS, IN THE CITY OF BUENOS AIRES, ARGENTINA.

- THEORETICAL AND PRACTICAL COURSE ON HANDLING GAS CHROMATOGRAPHY, LIQUID CHROMATOGRAPHY (HPLC), INFRARED, ULTRAVIOLET SPECTROSCOPY, FOR ANLAYSIS OF NARCOTICS AND PSYCOTROPIC SUBSTANCES, HELD AT THE TOXICOLOGY AND FORENSIC CHEMISTRY LABORATORY OF THE JUDICIARY AND FORENSIC MEDICINE CORPS, IN THE CITY OF BUENOS AIRES, ARGENTINA.

- FUNDAMENTAL ASPECTS OF CONTROLLED SUBSTANCES, OFFERED BY THE NATIONAL NARCOTICS AND PSYCOTRPIC SUBSTANCIES CONTROL COUNCIL (CONSEP) INTERPOL NATIONAL INVESTIGATIONS HEADQUARTERS. DRUG ENFORCEMENT ADMINISTRATION (DEA)

- XV INTERNATIONAL SYMPOSIUM ON LEGAL MEDICINE, DRUGS, AND CRIMINALISTICS, GIVEN BY PROFESSORS FROM SPAIN, THE UNITED STATES, CUBA, FRANCE, MEXICO, ARGENTINA, PANAMA, COSTA RICA, COLOMBIA AND ECUADOR.

- BASIC APPLIED MOLECULAR BIOLOGY COURSE, SANTIAGO DE GUAYAQUIL CATHOLIC UNIVERSITY.

- FIRE AND EXPLOSIVES SEMINAR, AT THE G.I.R. RESCUE AND INTERVENTION GROUP.

- PRODUCTION DEVELOPMENT AND CONTINUOUS IMPROVEMENT CENTER, (CEDEP) ESCUELA SUPERIOR POLITECNICA DEL LITORAL [COASTAL POLYTECHNIC COLLEGE]
  ENVIRONMENTAL LEGISLATION MODULE.
  CHEMICAL RECYCLING AND INCINERATION WITH ENERGY RECOVERY MODULE.
  OBTAINING AN ENVIRONMENTAL LICENSE AND ENVIRONMENTAL MANAGEMENT PLAN MODULE.

- TRAINING COURSE ON IDENTIFICATION AND ANALYSIS OF [COMMONLY] ABUSED DRUGS AND DESIGNER DRUGS, IN THE CITY OF SAN SALVADOR, BY THE DRUG ENFORCEMENT ADMINISTRATION (DEA).

## CONFERENCE PRESENTATIONS

- FIRST TECHNICAL SCIENTIFIC CRIMINALISTICS SEMINAR, OFFERED BY THE GUAYAS ASSOCIATION OF JOURNALISTS.

- PRACTICAL COURSE ON SAFE HANDLING OF CHEMICALS, OFFERED BY THE NATIONAL NARCOTIC AND PSYCOTROPIC SUBSTANCES COUNCIL, NATIONAL POLICE OFFICE OF INVESTIGATIONS, UNITED NATIONS INTERNATIONAL DRUG CONTROL PROGRAMME.

- II SEMINAR ON CRIMINALISTICS AND DRUGS, HELD IN THE CITY OF GUAYAQUIL, BY THE ECUADOREAN NATIONAL POLICE, IV DISTRICT.

- IMPORTANCE OF DNA IN CRIMINAL INVESTIGATIONS.

- FIRST INTERNATIONAL CONGRESS ON LEGAL MEDICINE AND FORENSIC SCIENCES, HELD IN THE CITY OF ZAMORA.

- FIRST COURSE FOR CRIMINALISTICS ASSISTANTS, GIVEN IN THE GUAYAS CRIMINALISTICS DEPARTMENT.

- PARTICIPATION IN THE EXPOFERIA DURAN OPEN HOUSE.

- FIRST TRAINING SESSIONS FOR JUSTICE WORKERS IN THE AREA OF JUVENILE OFFENDERS, HELD AT THE GUAYAS PUBLIC PROSECUTOR'S OFFICE, FOR PROSECUTORS, JUDGES, CLERKS, COURT REPORTERS, MEMBERS OF JEPROPENA-G [Headquarters of Police Specializing in Children and Youth], DIRECTORS OF: TEMPORARY SHELTERS, WOMEN AND YOUTH VOCATIONAL INSTITUTES.

## EMPLOYMENT HISTORY

**UNIT:** [ECUADOREAN] NATIONAL POLICE CRIMINALISTICS DEPARTMENT

**POSITION:** FORENSIC CHEMISTRY
EXPERT FORENSIC AND ENVIRONMENTAL CHEMIST, AUTHORIZED BY THE GUAYAS JUDICIARY COUNCIL

**DUTIES:** INVESTIGATION, IDENTIFICATION AND ANALYSIS OF NARCOTIC AND PSYCOTROPIC SUBSTANCES
DRAFTING REPORTS DIRECTED TO THE DIFFERENT AUTHORITIES OF THE PROVINCE OF GUAYAS AND GALAPAGOS

**DATES:** 27 YEARS OF EXPERIENCE IN THE FIELD OF FORENSIC CHEMISTRY

**NATIONAL UNIVERSITY OF CHIMBORAZO (UNACH)**

TEACHING FELLOW, MASTERS PROGRAM IN CRIMINALISTICS AND FORENSIC SCIENCES

*TOXICOLOGY MODULE*
THIRD COHORT:        SEPTEMBER 7-22, 2024
FOURTH COHORT:    FEBRUARY 1-16, 2025

THESIS ADVISOR, MASTER'S THESIS IN CRIMINALISTICS AND FORENSIC SCIENCES, OCTOBER 2024 - PRESENT