UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GUILLERMO NARANJO-HENAO,<br>also known as "Diego,"<br><br>Defendant. | CRIMINAL NO.: 18-CR-131 (RDM) |

## JOINT PRETRIAL STATEMENT

The United States and the Defendant, Juan Guillermo Naranjo-Henao, through undersigned counsel, respectfully submit this Joint Pretrial Statement.

**I.  Joint Statement of the Case**

The parties propose the following statement of the case to be read to prospective jurors:

> Defendant Juan Guillermo Naranjo-Henao is charged by indictment with one count of conspiracy to distribute five kilograms or more of cocaine, intending, knowing, and having reasonable cause to believe that the cocaine would be unlawfully imported into the United States.

**II.  Proposed *Voir Dire* Questions**

Pursuant to the Scheduling Order, proposed *voir dire* questions are set forth in Exhibit 1 hereto, which notes both the questions on which the parties agree as well as the questions on which the parties disagree.

**III.  Proposed Preliminary and Final Jury Instructions**

Pursuant to the Scheduling Order, proposed preliminary and final jury instructions are set forth in Exhibits 2 and 3 hereto, which indicate citations to appropriate authority and the parties' disagreements, if any.

Dated: September 15, 2025

                                      Respectfully submitted,

                                      Nhan Nguyen, Acting Chief
                                      Narcotic and Dangerous Drug Section
                                      Criminal Division
                                      U.S. Department of Justice

| _/s/ Manuel J. Retureta_ | _/s/ D. Hunter Smith_ |
|---|---|
| Manuel J. Retureta, Esq. | Lernik Begian |
| Counsel for the Defendant | D. Hunter Smith |
| 300 New Jersey Ave, NW | James Hepburn |
| Suite 300 | Trial Attorneys |
| Washington, D.C. 20001 | Criminal Division |
| mjr@returetawassem.com | U.S. Department of Justice |
| | 1400 New York Ave, NW |
| | Washington, D.C. 20530 |
| | lernik.begian@usdoj.gov |
| | david.h.smith@usdoj.gov |
| | james.hepburn2@usdoj.gov |