# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GUILLERMO NARANJO-HENAO,<br>also known as "Diego,"<br><br>Defendant. | CRIMINAL NO.: 18-CR-131 (RDM) |

## PROPOSED VERDICT SHEET

The parties jointly propose the attached verdict sheet.

Dated: September 16, 2025

Respectfully submitted,

Nhan Nguyen, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

 /s/ Manuel J. Retureta
Manuel J. Retureta, Esq.
Counsel for the Defendant
300 New Jersey Ave, NW
Suite 300
Washington, D.C. 20001
mjr@returetawassem.com

/s/ D. Hunter Smith
Lernik Begian
D. Hunter Smith
James Hepburn
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Ave, NW
Washington, D.C. 20530
lernik.begian@usdoj.gov
david.h.smith@usdoj.gov
james.hepburn2@usdoj.gov