**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO.: 18-CR-131 (RDM)** |
| **JUAN GUILLERMO NARANJO-HENAO,** **also known as "Diego,"** | |
| **Defendant.** | |

**[PROPOSED] VERDICT SHEET**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

On Count One of the Indictment, which charges conspiracy to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, intending, knowing, and having reasonable cause to believe that it would be unlawfully imported into the United States, we, the jury, unanimously find the Defendant, Juan Guillermo Naranjo-Henao

NOT GUILTY _____          GUILTY _____

Foreperson _____          Date _____