UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No. 18-cr-00131 (RDM) |
| v. | |
| JUAN NARANJO HENAO, | |
| Defendant. | |

*CONSENT* DEFENSE MOTION TO VACATE ALL TRIAL DATES
& DEADLINES AND SCHEDULE A CHANGE OF PLEA HEARING DATE

COMES NOW DEFENDANT, Juan Naranjo Henao, by and through undersigned counsel, and with the consent of government counsel, files this motion to vacate trial dates and deadlines and schedule a change of plea hearing date and time.

The parties have reached a plea agreement to resolve the above referenced case. As a result of the agreement, the defense, with the consent of the government, proposes that all currently scheduled dates and deadlines related to the trial be vacated and that a change-of-plea hearing be scheduled.

*Conclusion*

WHEREFORE, Mr. Naranjo respectfully requests that the Court grant this motion.

Filed this 17th day of September 2025.

Respectfully submitted,

RETURETA & WASSEM, P.L.L.C.

By:_____

Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Ave., NW, Suite 300
Washington, D.C.  20001
202-450-6119
MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for

all parties via electronic mail on this 17th day of September 2025.

By:_____

Manuel J. Retureta, Esq.