UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | 1:18-cr-00131-RDM |
| **JUAN NARANJO HENAO** : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

    Mr. JUAN NARANJO HENAO, through his attorney, Assistant Federal Defender Scott J Krischke, respectfully moves this Honorable Court to continue the status conference presently scheduled for October 30, 2025 **for a period of 90 days**. Undersigned counsel entered his appearance on October 21. Doc. 47. Counsel has met in person with Mr. Naranjo Henao to discuss preliminary matters and has since communicated with the Government and former counsel for Mr. Naranjo Henao. To effectively advise Mr. Naranjo Henao as to his potential defenses and options in this case, Counsel will need sufficient time to receive and review discovery materials, consult with Mr. Naranjo Henao, and conduct additional investigation and legal research as necessary. As the investigation that led to this indictment appears to be, at least in part, conducted by foreign law enforcement agencies, Counsel will need more time to review and investigate these allegations than a similarly-situated case involving domestic investigators within the United States.

    Counsel has discussed this request with the Government, and they confirmed that they do not oppose this continuance

    Defense Counsel has furthermore advised Mr. Naranjo Henao as to his rights under the Speedy Trial Act, and Mr. Naranjo Henao has stated that he has no objection to the exclusion of

the time between October 30, 2025 and the date that this Court resets this hearing from

calculations under the Act.

      WHEREFORE, Mr. Naranjo Henao respectfully requests that the Court continue the status conference for a period of **90 days**, or as soon thereafter as this Court finds practicable and to exclude that period under the Speedy Trial Act.

                                            Respectfully submitted,

                                            A. J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                                                /s/

                                            _____
                                            SCOTT J. KRISCHKE, #5015771 (NY)
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue N.W.
                                            Suite 550
                                            Washington, D.C. 20004
                                            (202) 208-7500, ext. 5117


## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Lernik Begian, Assistant United States Attorney.

                                            /s/Scott J. Krischke
                                            SCOTT J. KRISCHKE
                                            Assistant Federal Defender